## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Marc S. Kirschner, as Litigation Trustee | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:22-CV-203-S |
| | § | |
| | § | |
| CPCM, LLC, et al. | § | |
| *Defendant* | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Sullivan & Cromwell LLP                                                        , with offices at

125 Broad Street
(Street Address)

New York                                    NY                        10004
(City)                                      (State)                   (Zip Code)

(212) 558-1635                              (212) 558-3588
(Telephone No.)                            (Fax No.)


**II.**  Applicant will sign all filings with the name Brian D. Glueckstein                         .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Mark K. Okada
The Mark and Pamela Okada Family Trust - Exempt Trust #1 and Lawrence Tonomura as Trustee
The Mark and Pamela Okada Family Trust - Exempt Truste #2 and Lawrence Tonomura as Trustee


to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____New York_____, where Applicant regularly practices law.

| For Court Use Only. |
| Bar StatusVerified: |
| _____ |

Bar license number: 4227005          Admission date: April 19, 2004

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals, Second Circuit | 2017 | Active |
| U.S. Court of Appeals, Third Circuit | 2008 | Active |
| U.S. District Court, S.D.N.Y. | 2006 | Active |
| U.S. District Court, E.D.N.Y. | 2006 | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

None _____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

Brown Fox PLLC _____, who has offices at

8111 Preston Road, Suite 300 _____
(Street Address)

Dallas _____          TX _____          75225 _____
(City)                               (State)                  (Zip Code)

(214) 327-5000 _____          (214) 327-5001 _____
(Telephone No.)                               (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   7th   day of April _____, 2022 _____.

Brian D. Glueckstein _____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Brian D. Glueckstein

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 19, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 7, 2022.

*Clerk of the Court*

CertID-00061064