# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER<br><br>v.<br><br>JAMES D. DONDERO, et al.<br><br>IN RE:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 3:22-CV-0203-S<br><br><br><br>BANKRUPTCY CASE<br>No. 19-34054-SGJ11 |

## ORDER

Before the Court is Plaintiff Hunter Mountain Investment Trust's Motion to Reopen Case and Request for Status Conference ("Motion") [ECF No. 32]. The Court has considered the Motion and Defendants' Response to the Motion [ECF No. 33]. The Court **GRANTS IN PART** the Motion to the extent that the Court **REOPENS** this case and sets it for a status conference on **March 18, 2026, at 11:30 a.m.** The Court further orders that discovery is **STAYED** pending further order of the Court.

**SO ORDERED.**

SIGNED March 4, 2026.

_/s/ Karen Gren Scholer_
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**