# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | Bankruptcy Case No.: 19-34054-SGJ11 |
| *Debtor*. | § § | |
| | § | |
| MARC S. KIRSCHNER, as TRUSTEE OF THE LITIGATION SUB-TRUST, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | Civil Action No.: 3:22-CV-0203-S |
| JAMES D. DONDERO, et al., | § § | |
| *Defendants*. | § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy Ruhland, of the law firm Pillsbury Winthrop Shaw Pittman LLP, hereby appears as counsel of record for Defendants James Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, and Get Good Trust.

The undersigned certifies that she is admitted to practice before this Court and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Amy Ruhland
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 W. 4th Street, Suite 3200
Austin, Texas 78701
Tel. (512) 580-9600
Fax (512) 580-9601
Email: amy.ruhland@pillsburylaw.com

DATED: March 11, 2026                    Respectfully submitted,

                                **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                */s/ Amy Ruhland*

                                Amy Ruhland
                                Texas Bar No. 24043561
                                amy.ruhland@pillsburylaw.com
                                401 W. 4th St, Suite 3200
                                Austin, TX  78701
                                Telephone: 512.580.9600
                                Facsimile:  512.580.9601

                                *Attorneys for Defendants James Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, and Get Good Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this notice was served on all counsel of record through the Court's electronic filing system on this 11th day of March, 2026.

                                */s/ Amy Ruhland*
                                Amy Ruhland