**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE OF THE LITIGATION SUB-TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; HUNTER MOUNTAIN INVESTMENT TRUST; CLO HOLDCO, LTD.; CHARITABLE DAF HOLDCO, LTD.; CHARITABLE DAF FUND, LP.; HIGHLAND DALLAS FOUNDATION; RAND PE FUND I, LP, SERIES 1; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; and SAS ASSET RECOVERY, LTD.<br><br>Defendants. | Adv. Pro. No. 21-03076-sgj<br><br><br>**Civil Action No. 3:22-CV-203-S**<br><br>*Consolidated with:*<br>Case No. 3:22-CV-229<br>Case No. 3:22-CV-253<br>Case No. 3:22-CV-367<br>Case No. 3:22-CV-369<br>Case No. 3:22-CV-370 |

**DEFENDANTS' UNOPPOSED MOTION TO
RESET STATUS CONFERENCE**

Comes now Defendants NexPoint Advisors, L.P., NexPoint Asset Management, L.P. f/k/a

Highland Capital Management Fund Advisors, L.P., James Dondero, The Dugaboy Investment

Trust, Get Good Trust, Strand Advisors, Inc., Scott Ellington, and Isaac Leventon (collectively,

"Defendants") file this their Unopposed Motion to Reset Status Conference and will show as follows:

## I.    GROUNDS FOR MOTION

On February 10, 2026, Plaintiff Mark S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust ("Plaintiff") filed a Motion to Reopen Case and Request for Status Conference ("Motion"). Dkt. No. 32.

On March 4, 2026, the Court issued an order, granting the Motion in part ("Order"). Dkt. No. 34. The Order reopened this case and set a status conference for March 18, 2026, at 11:30 a.m.

Lead counsel for several Defendants are not available on that date. Specifically, Deborah Deitsch-Perez, lead counsel for Defendants NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P., has a JAMS arbitration trial scheduled in San Franscisco, California from March 16 to March 24 in *Unciphered LLC v. Eric Machaud v. David Hulton, et al.* JAMS reference No.: 5100003039. Debra Dandeneau, lead counsel for Defendants Scott Ellington and Isaac Levnton, has a business trip in Europe (where she already is) that conflicts with the March 18 status conference. Ms. Deitsch-Perez and Ms. Dandeneau are the two primary lawyers that have led the defense in this case on behalf of all the Defendants with respect to the issues currently pending (such as whether the Court continues to have jurisdiction) and have appeared at and argued at all the hearings in this matter on behalf of the Defendants. Therefore, it would be prejudicial to Defendants if Ms. Deitsch-Perez and Ms. Dandeneau cannot be present at the status conference.

Counsel for Defendants conferred with counsel for Plaintiff and counsel for Plaintiff does not oppose the continuance of the status conference. All the parties in this matter are available at any time on the following dates for a status conference: April 6, April 8, and April 10.

On March 10, 2026, Ms. Deitsch-Perez contacted the Court via email and requested that the status conference be reset on one of the above dates. In response, Tori Bliss, the Career Law Clerk to the Honorable Karen Gren Scholer, informed Ms. Deitsch-Perez that a request for a continuance must be made by motion setting forth the conflicts. As such, Defendants filed this Motion seeking the requested relief, which is unopposed by Plaintiff.

## II.    REQUEST FOR RELIEF

Therefore, Defendants request that the Status Conference be reset for April 6, April 8 or April 10, 2026, or on such other date as the Court may select and the parties are available.

March 11, 2026                                    Respectfully submitted,

                                                 **STINSON LLP**

                                                 */s/ Deborah Deitsch-Perez*
                                                 Deborah Deitsch-Perez
                                                 Texas State Bar No. 24036072
                                                 Michael P. Aigen
                                                 Texas State Bar No. 24012196
                                                 2200 Ross Avenue, Suite 2900
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 560-2201
                                                 Facsimile: (214) 560-2203
                                                 deborah.deitschperez@stinson.com
                                                 michael.aigen@stinson.com

                                                 *Counsel for Defendants NexPoint Advisors, L.P.*
                                                 *and NexPoint Asset Management, L.P.*
                                                 *f/k/a Highland Capital Management Fund Advisors,*
                                                 *L.P.*

                                                 */s/ Amy L. Ruhland*
                                                 Amy L. Ruhland
                                                 Texas Bar No. 24043561
                                                 amy.ruhland@pillsburylaw.com
                                                 PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                 401 W 4th Street, Suite 3200
                                                 Austin, TX 78701
                                                 (512) 580-9600

*Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc.*

*/s/Debra A. Dandeneau*
Michelle Hartmann
State Bar No. 24032402
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Michelle.hartmann@bakermckenzie.com

and

Debra A. Dandeneau
Blaire Cahn
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Debra.dandeneau@bakermckenzie.com
Blaire.cahn@bakermckenzie.com
(Admitted pro hac vice)

*Counsel for Scott Ellington and Isaac Leventon*

## CERTIFICATE OF CONFERENCE

I conferred with Sawnie A. McEntire, counsel for Plaintiff, regarding the relief sought herein and he does not oppose the relief requested in this Motion.

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 11, 2026, a true and correct copy of this document was served electronically via the court's CM/ECF system.

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez