# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0203-S |
| JAMES D. DONDERO, et al. | § § § § | |
| IN RE: | § § | BANKRUPTCY CASE No. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |

## ORDER

The parties have advised the Court that a Motion for Relief from Order and Motion to Vacate has been filed in the underlying bankruptcy case and may impact this case. *See In re Highland Cap. Mgmt., L.P.*, No. 19-34054-SGJ11 (Bankr. N.D. Tex. Feb. 9, 2026), Dkt. No. 4513 ("Motion"). Accordingly, this case is **STAYED** pending resolution of the Motion, without prejudice to it being reopened upon a motion by any party or to enter a judgment.

**SO ORDERED.**

SIGNED May 7, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**