# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0203-S |
| JAMES D. DONDERO, et al. | § § § | |
| | § | |
| IN RE: | § § | BANKRUPTCY CASE No. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |

## ORDER

The Court is in receipt of Plaintiff's Motion to Lift Stay ("Motion") [ECF No. 48]. The Court sets the Motion on an expedited briefing schedule. Defendants shall respond to the Motion on or before **July 8, 2026**. Any reply from Plaintiff, if necessary, shall be filed by **July 13, 2026**. Additionally, the Court **GRANTS** Plaintiff's Unopposed Motion for Extension of Time [ECF No. 49]. The deadline to file an amended complaint, proposed scheduling order, and agreed order withdrawing the reference is extended to two weeks after the Court enters an order lifting the stay in this case.

**SO ORDERED.**

SIGNED June 30, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**