# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0203-S |
| JAMES D. DONDERO, et al. | § § § | |
| IN RE: | § § § | BANKRUPTCY CASE No. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |

## ORDER

Before the Court is Plaintiff's Motion to Lift Stay ("Motion") [ECF No. 48]. The Court has reviewed and considered the Motion, Defendants' Response to the Motion [ECF No. 51], and Plaintiff's Reply Brief and Notice of Order in Support of the Motion [ECF No. 52]. On May 7, 2026, the Court stayed this case pending a ruling in the underlying bankruptcy case. *See* Order [ECF No. 44]. The Bankruptcy Court has since issued its ruling. Accordingly, the Court **GRANTS** the Motion. The Clerk is directed to **REOPEN** this case. The deadline to file an amended complaint, proposed scheduling order, and agreed order withdrawing the reference is **July 29, 2026**.

**SO ORDERED.**

SIGNED July 15, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**