**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Bankruptcy Case |
| | § | No.: 19-34054-SGJ11 |
| *Debtor*. | § | |
| | § | |
| _____ | § | |
| | § | |
| MARC S. KIRSCHNER, as TRUSTEE OF THE LITIGATION SUB-TRUST, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 3:22-CV-0203-S |
| JAMES D. DONDERO, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ben Bernell, of the law firm Pillsbury Winthrop Shaw Pittman LLP, hereby appears as counsel of record for Defendants James Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, and Get Good Trust.

The undersigned certifies that he is admitted to practice before this Court and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Ben Bernell
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 W. 4th Street, Suite 3200
Austin, Texas 78701
Tel. (512) 580-9600
Fax (512) 580-9601
Email: ben.bernell@pillsburylaw.com

DATED:  July 20, 2026                    Respectfully submitted,

                                         **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                         */s/ Ben Bernell*

                                         Ben Bernell
                                         Texas Bar No. 24059451
                                         ben.bernell@pillsburylaw.com
                                         401 W. 4th St, Suite 3200
                                         Austin, TX  78701
                                         Telephone:  512.580.9600
                                         Facsimile:   512.580.9601

                                         *Attorneys for Defendants James Dondero, Strand*
                                         *Advisors, Inc., The Dugaboy Investment Trust,*
                                         *and Get Good Trust*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this notice was served on all counsel of record through the Court's electronic filing system on this 20th day of July, 2026.

                                         */s/ Ben Bernell*
                                         Ben Bernell