## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>     Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| **HUNTER MOUNTAIN INVESTMENT TRUST,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.,**<br><br>    **Defendants.** | Adv. Pro. No. 21-03076-sgj<br><br><br>**Civil Action No. 3:22-CV-203-S**<br><br>*Consolidated with:*<br>Case No. 3:22-CV-229<br>Case No. 3:22-CV-253<br>Case No. 3:22-CV-367<br>Case No. 3:22-CV-369<br>Case No. 3:22-CV-370 |

## <u>AGREED ORDER WITHDRAWING REFERENCE</u>

This case involves a chapter 11 bankruptcy and a related adversary proceeding.

Under the United States District Court for the Northern District of Texas' standing order

of reference,[1] proceedings arising in, or related to, a case under title 11 are automatically referred to the Bankruptcy Court. Various defendants filed motions to withdraw the reference, which were consolidated in this Court by order dated March 22, 2022 [Doc. 13].

The Court conducted a status conference on May 6, 2026 ("Status Conference"), at which Plaintiff Hunter Mountain Investment Trust ("HMIT") consented to withdrawal of the reference for all purposes. As a result, the parties filed this agreed order for the Court's consideration.

**IT IS THEREFORE ORDERED** Pursuant to Fed. R. Bankr. P. 5011 and 28 U.S.C. § 157(d), that reference of Adversary Proceeding No. 21-03076 to the United States Bankruptcy Court for the Northern District of Texas be and is **WITHDRAWN** from the Bankruptcy Court and shall proceed as a civil action in this Court as Civil Action No. 3:22-CV-203-S, with this Court presiding over this proceeding for all purposes.

**IT IS FURTHER ORDERED** that a copy of this Order be transmitted to the Bankruptcy Court and that the Bankruptcy Clerk thereafter transmit the record of Adversary Proceeding No. 21-03076-sgj to this Court, which, along with the record in this civil action, the records in the captioned consolidated civil actions, and subsequent docket entries shall constitute the record of this civil action.

---

[1] Misc. Order No. 33

- 3 -

**SO ORDERED.**

SIGNED _____, 2026

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

**Agreed:**

/s/ *Sawnie A. McEntire*

Sawnie A. McEntire
Texas Bar No. 13590100
smcentire@pmmlaw.com
Ian B. Salzer
Texas Bar No. 24110325
isalzer@pmmlaw.com
**PARSONS MCENTIRE MCCLEARY PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340
**ATTORNEYS FOR PLAINTIFF**
**HUNTER MOUNTAIN INVESTMENT TRUST**

/s/ *Deborah Deitsch-Perez (with permission)*

Deborah Deitsch-Perez
Texas Bar No. 24036072
Michael P. Aigen
Texas Bar No. 24012196
**STINSON LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email:  deborah.deitschperez@stinson.com
Email:  michael.aigen@stinson.com
**ATTORNEYS FOR DEFENDANTS NEXPOINT**
**ADVISORS, L.P. AND NEXPOINT ASSET**
**MANAGEMENT, L.P. F/K/A HIGHLAND**
**CAPITAL MANAGEMENT FUND ADVISORS,**
**L.P.**

/s/ *Amy L. Ruhland (with permission)*

Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 W. 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600
**ATTORNEYS FOR JAMES DONDERO, THE**
**DUGABOY INVESTMENT TRUST, GET GOOD**
**TRUST, AND STRAND ADVISORS, INC.**

/s/ *Debra A. Dandeneau (with permission)*

Michelle Hartmann
State Bar No. 24032402
**BAKER & MCKENZIE LLP**
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

- 4 -

- 5 -

and

Debra A. Dandeneau (admitted *pro hac vice*)
**BAKER & MCKENZIE LLP**
425 Fifth Ave
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Debra.dandeneau@bakermckenzie.com
**ATTORNEYS FOR SCOTT ELLINGTON AND
ISAAC LEVENTON**

/s/ *John J. Kane (with permission)*
State Bar No. 24066794
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main St., Ste. 5200
Dallas, TX  75202
Phone: 214-777-4200
Email: JKane@krcl.com
**ATTORNEY FOR GRANT JAMES SCOTT III**