# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER | § § § § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0203-S |
| JAMES D. DONDERO, et al. | § § § § | |
| IN RE: | § § | BANKRUPTCY CASE No. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. Harlin DeWayne “Cooter” Hale (Ret.)
JAMS ADR
5956 Sherry Lane
Suite 1330
Dallas, Texas 75225
(214) 744-5627

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed by **90 days before trial.**

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 18, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**