# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0203-S |
| JAMES D. DONDERO, et al. | § | |
| IN RE: | § | BANKRUPTCY CASE No. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | |

**AMENDED SCHEDULING ORDER**

The Court is in receipt of Defendants' Unopposed Motion to Extend Briefing Schedule on Rule 12 Motion [ECF No. 64]. The Court **GRANTS** the Motion and enters the amended preliminary schedule set forth below. The Court will set this case for trial after it resolves the anticipated motion to dismiss.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure ("FRCP"), the Local Civil Rules of the United States District Court for the Northern District of Texas ("LR"), and the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Northern District of Texas, the Court **ORDERS** as follows:

1. The parties shall mediate this case before **Hon. Harlin DeWayne Hale** ("Mediator") at least 90 days before the Trial Setting. The parties may not eliminate this requirement or substitute the Mediator except by leave of court. All parties must attend the mediation in person or by videoconference, as directed by the Mediator. Legal entities must provide a representative with full authority. If there is insurance involved, a representative with

full authority must attend. The Mediator shall contact the Court directly if this deadline needs to be extended or if other requirements need to be altered.

2. The parties may by written agreement alter the deadlines in this paragraph without the need for court order. Deadlines are as follows:

a. September 25, 2026 – Deadline to file consolidated Rule 12 motion;

b. November 12, 2026 – Deadline to respond to Rule 12 motion;

c. December 4, 2026 – Deadline to file reply in support of Rule 12 motion.

**SO ORDERED.**

SIGNED September 10, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**