**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HUNTER MOUNTAIN INVESTMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. DONDERO; SCOTT ELLINGTON; ISAAC LEVENTON; GRANT JAMES SCOTT III; STRAND ADVISORS, INC.; NEXPOINT ADVISORS, L.P.; HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.; DUGABOY INVESTMENT TRUST AND NANCY DONDERO, AS TRUSTEE OF DUGABOY INVESTMENT TRUST; GET GOOD TRUST AND GRANT JAMES SCOTT III, AS TRUSTEE OF GET GOOD TRUST; MASSAND CAPITAL, LLC; MASSAND CAPITAL, INC.; AND SAS ASSET RECOVERY, LTD.,<br><br>Defendants. | Adv. Pro. No. 21-03076-sgj<br><br>**Civil Action No. 3:22-CV-203-S**<br><br>*Consolidated with:*<br>Case No. 3:22-CV-229<br>Case No. 3:22-CV-253<br>Case No. 3:22-CV-367<br>Case No. 3:22-CV-369<br>Case No. 3:22-CV-370 |

**DEFENDANTS' MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendants James Dondero, Strand Advisors, Inc., The Dugaboy Investment Trust, Get Good Trust, Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., Scott Ellington, and Isaac Leventon ("Defendants") hereby file this Motion to Dismiss (the "Motion"), moving to dismiss Plaintiff's Second Amended Complaint (the "Complaint") filed in the above-captioned proceeding.

In support of this Motion, Defendants respectfully state as follows: Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6), and for the reasons stated in the accompanying Memorandum of Law in Support of the Motion to Dismiss, filed contemporaneously herewith and which is incorporated herein by reference, Defendants request the Court dismiss the Complaint.

WHEREFORE, Defendants respectfully request that the Court grant the Motion in its entirety and grant Defendants such further and other relief to which they are entitled.

Dated:September 25, 2026

Respectfully submitted,

**STINSON LLP**

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas State Bar No. 24036072
Michael P. Aigen
Texas State Bar No. 24012196
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
deborah.deitschperez@stinson.com
michael.aigen@stinson.com

*Counsel for Defendants NexPoint Advisors, L.P. and NexPoint Asset Management, L.P. f/k/a Highland Capital Management Fund Advisors, L.P.*

/s/ Amy L. Ruhland
Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W 4th Street, Suite 3200

Austin, TX 78701
(512) 580-9600

*Attorneys for James Dondero, The Dugaboy Investment Trust, Get Good Trust, and The Strand Advisors, Inc.*

/s/Debra A. Dandeneau
Michelle Hartmann
State Bar No. 24032402
Courtney Giles
State Bar No. 24097736
BAKER & MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099
Michelle.hartmann@bakermckenzie.com

and
Debra A. Dandeneau
BAKER & MCKENZIE LLP
452 Fifth Ave
New York, NY 10018
Telephone: 212-626-4100
Facsimile: 212-310-1600
Debra.dandeneau@bakermckenzie.com
Courtney.giles@bakermckenzie.com
(Admitted pro hac vice)

*Counsel for Scott Ellington and Isaac Leventon*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 25, 2026, a true and correct copy of this document was served electronically via the court's CM/ECF system.

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez