# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HUNTER MOUNTAIN INVESTMENT TRUST, in Substitution for MARC S. KIRSCHNER | § § § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0203-S |
| | § | |
| JAMES D. DONDERO, et al. | § | |
| | § § | |
| IN RE: | § | BANKRUPTCY CASE |
| | § | No. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § | |

**ORDER**

Before the Court is the NexPoint Defendants' Unopposed Motion to Substitute Redacted Pleading ("Motion") [ECF No. 72]. The Court **GRANTS** the Motion. The Clerk of the Court is **DIRECTED** to replace Defendants' Unopposed Motion to Reset Status Conference [ECF No. 36] with the redacted version in the form as received with the Motion. *See* ECF No. 72-1. The Clerk of the Court is additionally **DIRECTED** to remove the original, unredacted version of ECF No. 36 from public access.

**SO ORDERED.**

SIGNED October 22, 2026.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**